IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO. 3:13-00102 |
| | ) |
| KENNETH DEWAYNE JOHNSON | ) |

O R D E R

An Indictment was returned against this defendant on June 5, 2013. By writ of habeas corpus ad prosequendum entered June 7, 2013 (Docket Entry No. 9), the defendant was ordered to be brought from state custody to this Court for an initial appearance and, unless otherwise ordered, all other proceedings in this case. The defendant appeared on July 13, 2011, for an initial appearance on the Indictment. He was advised of the pending charges, the maximum penalties therefor, and certain of his rights. He was also appointed counsel. In addition, defendant was arraigned and entered a plea of not guilty.

The Government filed a motion for detention. By and through counsel, defendant waived a hearing on the motion for detention, reserving his right to request a hearing in the future, if appropriate. Defendant advised the Court that he wished to return to State custody in Davidson County. The Government did not object to the defendant's request. The Court considered defendant's request reasonable and ordered him returned to State custody at the facility from which he came.

The Government shall submit a writ of habeas corpus ad prosequendum to the Court at least two (2) weeks prior to any further Court proceeding.

It is so ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge