Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ] | |
|---|---|---|
| | ] | |
| v. | ] | No. 3:13-cr-00102 |
| | ] | JUDGE TRAUGER |
| KENNETH JOHNSON | ] | |

**MOTION TO LATE-FILE SPEEDY TRIAL WAIVER**

Comes now undersigned counsel acting on behalf of the Defendant, Kenneth Johnson, and hereby respectfully and apologetically moves this Honorable Court to accept the attached speedy trial waiver late. For cause, undersigned counsel would show the following:

(1) Undersigned counsel moved this Court to continue the trial, scheduled for November 5, 2013, on October 31, 2013 (docket entry 26).

(2) The Court granted the motion conditioned upon the timely filing of a speedy trial waiver. (See docket entry 27). Counsel obtained the waiver timely, but did not file it. This is counsel's fault, and no other's. Mr. Johnson expected his waiver was timely filed.

(3) Counsel regrets the error and submits this filing apologetically. Counsel is submitting this request in an attempt to provide effective assistance.

WHEREFORE, undersigned counsel hereby moves this Honorable Court to accept the attached speedy trial waiver late.